**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,

        **Plaintiff,**

v.

**DALLAS CHARLES DRISKELL**,

        **Defendant.**

        **Case No. 25-CR-245-JFH**

## OPINION AND ORDER

Before the Court is an Unopposed Motion to Dismiss Count One of the Indictment against Defendant Dallas Charles Driskell filed by the United States of America ("Government"). Dkt. No. 68.

Under Federal Rule of Criminal Procedure 48(a), "courts must grant prosecutors leave to dismiss charges unless dismissal is clearly contrary to manifest public interest." *United States v. Robertson*, 45 F.3d 1423, 1437 n.14 (10th Cir. 1995) (quoting *Rinaldi v. United States*, 434 U.S. 22, 30 (1977)). Based on the facts set out in the motion, the Court concludes that dismissal of the charge against Defendant Dallas Charles Driskell is not contrary to the public interest, nor is it for an improper purpose. Accordingly, the Government's motion to dismiss should be granted.

IT IS THEREFORE ORDERED that the Government's motion to dismiss [Dkt. No. 68] is GRANTED and Count One of the Indictment is dismissed without prejudice against Defendant Dallas Charles Driskell.

Dated this 29th day of April 2026.

_____
JOHN F. HEIL, III
CHIEF UNITED STATES DISTRICT JUDGE